UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY LYLE LASKO,<br><br>             Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT<br>OF JUSTICE, *et al.*,<br><br>             Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.  08-1850  (PLF)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

For the reasons stated in the accompanying Opinion, it is hereby

ORDERED that defendant's motion for summary judgment [Dkt. #17] is GRANTED; it is

FURTHER ORDERED that the complaint as against Tioga County Sheriff's Department, Dan Eiklor, Patrick Hogan and John and Jane Does is DISMISSED; and it is

FURTHER ORDERED that JUDGMENT shall be entered for defendant.

This is a final appealable Order.  *See* Fed. R. App. P. 4(a).

SO ORDERED.

                                                      /s/
                                                      PAUL L. FRIEDMAN
                                                      United States District Judge

DATE: February 17, 2010